UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DANIEL B. BOOS,<br><br>    Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting<br> Commissioner of Social Security,<br><br>    Defendant. | Case No. CV-23-149-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  JUDGMENT IN FAVOR OF DEFENDANT AGAINST PLAINTIFF.
The order filed on 3/31/2025 is **AFFIRMING** the Commissioner's Decision .
*(docket entry 14).*

  Dated this 31st   day of March, 2025

        TYLER P. GILMAN, CLERK

      By:   /s/ A. Carrillo
        Deputy Clerk